FILED
2014 Jan-14  PM 04:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| SAM A. VIRCIGLIO, ) | |
| ) | |
|    PLAINTIFF, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 2:12-CV-03738-AKK |
| ) | |
| WORK TRAIN STAFFING, LLC, ) | JURY DEMAND |
| WORK TRAIN USA, LLC, ) | |
| FRANK PETRUSNIK, AND MARK ) | OPPOSED |
| GEORGE ) | |
| ) | |
|    DEFENDANTS | |

## PLAINTIFF'S EVIDENTIARY SUBMISSION

COMES NOW, Plaintiff Sam Virciglio, and hereby submits the following exhibits in support of Plaintiff's Motion for Summary Judgment.

Plaintiff's Exhibit A: Deposition of Sam Virciglio

Plaintiff's Exhibit B: Deposition of Frank Petrusnek

Plaintiff's Exhibit C: PX14

Plaintiff's Exhibit D: Blue Cross Application for Enrollment

Plaintiff's Exhibit E: PX10

Plaintiff's Exhibit F: PX20

Plaintiff's Exhibit G: PX4

Plaintiff's Exhibit H: Plan Documents (P0385-0517)

Plaintiff's Exhibit I: Invoice Showing Contract Adjustment

Plaintiff's Exhibit J: 8.20.13 Email from Petrusnek

Plaintiff's Exhibit K: Defendant's Amended Answers to Plaintiff's Second Discovery Request

Plaintiff's Exhibit L: PX03

Plaintiff's Exhibit M: Payroll Register

Plaintiff's Exhibit N: PX07

Plaintiff's Exhibit O: PX01

Plaintiff's Exhibit P: City of Birmingham Contract

        Respectfully submitted,

        <u>/s/ L. William Smith</u>
        Jon C. Goldfarb
        Daniel E. Arciniegas
        L. William Smith
        Counsel for Plaintiff

**OF COUNSEL**:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

     I do hereby certify that I have filed today, January 14, 2014, the above and foregoing with copies being served by using the CM / ECF system which will send notification of such to the following:

Christopher Lyle McIlwain, Sr.
HUBBARD, WIGGINS, McILWAIN &
& BRAKEFIELD, P.C.
Attorneys for Defendants
P. O. Box 2427
Tuscaloosa, AL 35403-2427
Telephone: (205) 345-6789

                                                /s/ L. William Smith
                                                Of Counsel