# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAM A. VIRCIGLIO, | § § | |
| Plaintiff, | § § | |
| | § | 2:12-CV-03738-AKK |
| | § | |
| WORKTRAIN USA, LLC, et al., | § § | |
| Defendants. | § | |

## AMENDED ANSWERS TO
## PLAINTIFF'S SECOND DISCOVERY
## BY DEFENDANTS

9. East West Bank, ServisFirst Bank, WorkTrain America

10. On the date of Plaintiff's termination, Frank Petrusnek informed the Plaintiff his insurance would be cancelled effective February 1, 2012. This was predicated on the understanding that the Plaintiff would pay the premium through that date.

11. WorkTrain has a group health insurance policy for qualifying employees

12. WT America – 0 employees
    WorkTrain Fund 1 – 0 employees
    WorkTrain Staffing – 7 common law employees

13. Frank Petrusnek was administrator for the group policy with BCBS

14. Sam A. Virciglio was the only employee that had a deduction from his paycheck for healthcare insurance. Vester Grey would have had a deduction but was terminated before January 1, 2012.

1

15. See 10 above.  When Mark George informed the Plaintiff of the change in his compensation, he also made clear that the Plaintiff would be responsible for the premium.

    Both communications occurred at WT Office, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

16. See 15 above.

17. In February of 2012, Frank Petrusnek entered the cancellation effective January 1, 2012.

*Frank Petrusnek* (signature)

Frank Petruşnek

STATE OF ALABAMA )
)
COUNTY OF TUSCALOOSA )

I, the undersigned authority, a Notary Public in and for said County and State, do hereby certify that Frank Petrusnek, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

IN WITNESS WHEREOF, I hereunto set my hand and official seal on this the 7 day of November, 2013.

*Cynthia F Crawford* (signature)
Notary Public
My commission expires: MY COMMISSION EXPIRES OCTOBER 22, 2016

3

_____
Mark George

STATE OF ~~ALABAMA~~ FLORIDA )
~~COUNTY OF TUSCALOOSA~~ Pinellas )

I, the undersigned authority, a Notary Public in and for said County and State, do hereby certify that Mark George, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

IN WITNESS WHEREOF, I hereunto set my hand and official seal on this the 6th day of November, 2013.

_____
Notary Public
My commission expires: 05-15-2015

CLARICE R. JACOBS
Commission # EE 94048
My Commission Expires
May 15, 2015

4

WORK TRAIN STAFFING, LLC

By: _____[signature]_____
Its _____MANAGER_____


STATE OF ALABAMA    )
                    )
_Jefferson_ COUNTY  )

    I, the undersigned authority, a Notary Public in and for said County and State, do hereby certify that _Frank Petrusack_, as _Manager_ of Work Train Staffing, LLC, whose name is signed to the foregoing instrument as such corporate officer, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily, and with full authority as such corporate officer, on the day the same bears date.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal on this the _7_ day of _November_, 2013.

_____[signature]_____
Notary Public
My commission expires: MY COMMISSION EXPIRES OCTOBER 22, 2016

5

WORK TRAIN USA, LLC

By: _____
Its _MEMBER_____

STATE OF ALABAMA )
)
_Jefferson_ COUNTY )

I, the undersigned authority, a Notary Public in and for said County and State, do hereby certify that _Frank Petrusnek_, as _Manager/Member_ of Work Train USA, LLC, whose name is signed to the foregoing instrument as such corporate officer, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily, and with full authority as such corporate officer, on the day the same bears date.

IN WITNESS WHEREOF, I hereunto set my hand and official seal on this the _7_ day of _November_, 2013.

_____
Notary Public
My commission expires: MY COMMISSION EXPIRES OCTOBER 22, 2016

6

HUBBARD, McILWAIN & BRAKEFIELD, P.C.

_____
Christopher Lyle McIlwain, MCI-002
Attorneys for Frank Petrusnek
P. O. Box 2427
Tuscaloosa, AL 35403-2427
Telephone: (205) 345-6789

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all parties by electronic mail and/or by depositing same in the United States Mail with adequate postage prepaid thereon and properly addressed to the following:

Jon C. Goldfarb
Daniel E. Arciniegas
L. William Smith
Wiggins, Childs, Quinn & Pantazis LLC
301 19th Street North
Birmingham, AL 35203

Brock G. Murphy
Brock G. Murphy Law Firm, LLC
One Chase Corporate Center, Suite 400
Birmingham, AL 35244

This the 8th day of November, 2013.

_____
Of Counsel