IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION



FILED
DEC 1 1 2014
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| SAM A. VIRCIGLIO, | ] |
| Plaintiff, | ] |
| v. | ] Civil Action No.: |
| | ] 2:12-cv-3738-AKK |
| WORK TRAIN STAFFING, LLC | ] |
| Defendants | ] |

SPECIAL INTERROGATORIES TO THE JURY

The parties submit the following proposed special interrogatories to the jury:

**Do you find from a preponderance of the evidence:**

I.   **Termination Claim**

1. That Plaintiff engaged in protected activity by making a written complaint of age or gender discrimination internally to Work Train prior to January 6, 2012?

Answer Yes or No __NO__

[If your answer is "No," this ends your deliberations on this claim and you should move on to Section II.  If your answer is "Yes," go to the next question.]

2. That Defendant discharged Plaintiff?

> Answer Yes or No _____

[If your answer is "No," this ends your deliberations on this claim and you should move on to Section II. If your answer is "Yes," go to the next question.]

3. That Defendant discharged Plaintiff because of Plaintiff's protected activity?

> Answer Yes or No _____

[If your answer is "No," this ends your deliberations, on this claim and you should move on to Section II. If your answer is "Yes," go to the next question.]

4. That Plaintiff suffered damages because of discharge?

> Answer Yes or No _____

## II. Cancellation of Insurance

1. That Plaintiff filed an EEOC charge of discrimination?

> Answer Yes or No __YES__

[If your answer is "No," this ends your deliberations on this claim and you should move on to Section III. If your answer is "Yes," go to the next question.]

2. That Defendant took action to cancel Plaintiff's health insurance for January 2012?

> Answer Yes or No __yes__

[If your answer is "No," this ends your deliberations on this claim and you should move on to Section III. If your answer is "Yes," go to the next question.]

3. That Defendant took action to cancel Plaintiff's health insurance for January 2012 because of Plaintiff's filing of an EEOC charge?

Answer Yes or No __yes__

[If your answer is "No," this ends your deliberations, on this claim and you should move on to Section III. If your answer is "Yes," go to the next question.]

4. That Plaintiff suffered damages because of the cancellation of Plaintiff's health insurance for January 2012?

Answer Yes or No __yes__

## III. Damages

**[Answer only if: (1) your answer is "Yes" to Question 4 in Sections I and/or II]**

1. As to the termination claim, that Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No __No__

If your answer is "Yes,"

in what amount? $_____

2. As to either or both of Plaintiff's claims, that Plaintiff should be awarded

3

damages to compensate for emotional pain and mental anguish?

    Answer Yes or No __Yes__

If your answer is "Yes,"

in what amount? $__75,000.00__

[If you did not award damages in response to either Question Nos. 1 or 2, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question Nos. 1 or 2 (or both), go to the next question.]

    3. That Defendant willfully violated the anti-retaliation provisions of the Age Discrimination in Employment Act?

    Answer Yes or No __Yes__

    4. That punitive damages should be assessed against Defendant?

    Answer Yes or No __Yes__

If your answer is "Yes,"

in what amount? $__175,000.00__

SO SAY WE ALL.

DATED: __12/11/14__